IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TIM L. NEFF, et al.,

    Plaintiffs,

v.

FLAGSTAR BANK, FSB,

    Defendant.

Case No. 2:11-cv-1136
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On April 16, 2012, this case came on for an informal preliminary telephone conference pursuant to S. D. Ohio Civ. R. 65.1(a) before Judge Gregory L. Frost. Since that conference, Judge Frost has recused himself from this case and it was randomly reassigned to the undersigned judge. The parties have agreed to abide by the expedited briefing schedule formulated at the conference with Judge Frost. Thus the Court sets forth the following briefing schedule:

(1) Defendant may file a memorandum in opposition to the motion for a temporary restraining order on or before April 23, 2012;

(2) Plaintiffs may file a reply memorandum on or before April 30, 2012; and

The Court also **SCHEDULES** another telephone conference for Wednesday, April 18, 2012 at 10 a.m. The Court will contact the parties for that conference.

**IT IS SO ORDERED.**

4-17-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE