AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIM L. NEFF, et al.,**

    **Plaintiffs,**

**v.**

**FLAGSTAR BANK, FSB,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:11-CV-1136**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed August 5, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date:   August 5, 2014

                                               JOHN P. HEHMAN, CLERK

                                               _/S/ Andy F. Quisumbing_
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk